

**HEATHER N. KELLAR, District Clerk**

**150 N. SEGUIN, SUITE 304**
**PHONE: 830-221-1250**
**FAX: 830-608-2006**

FILED
*June 24, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

June 24, 2015

Christopher Arthur Kurtz
Comal County Sheriff's Dept
Attn: Sgt. Ortiz
3005 W. San Antonio St.
New Braunfels, Tx 78130

Re: Texas Court of Appeals, Third District at Austin, No. 03-15-00144-CR
        Christopher Arthur Kurtz, Appellant
        v.
        The State of Texas, Appellee

Mr. Kurtz,

Per Order for Clerk to Provide Appellate Record to Appellant, dated June 15, 2015 you will find enclosed the completed Clerk's Record.

This is being sent to you by certified mail return receipt requested #7014 0510 0001 7227 8690 on this date June 24, 2015.

Heather N. Kellar
Comal County District Clerk
New Braunfels, Texas

By _____
    Diana Alaniz, Chief Deputy

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-15-00144-CR

**Christopher Arthur Kurtz, Appellant**

v.

**The State of Texas, Appellee**

---

## FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## NO. CR2014-343, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

---

## ORDER FOR CLERK TO PROVIDE APPELLATE RECORD TO APPELLANT

**PER CURIAM**

Appellant's court-appointed counsel has filed a motion to withdraw supported by a brief concluding that the instant appeal is frivolous and without merit. *See Anders v. California,* 386 U.S. 738, 744 (1967). Appellant's counsel has certified to the Court that he provided copies of the motion and brief to appellant, advised appellant of his right to examine the appellate record and file a pro se response, and supplied appellant with a form motion for pro se access to the appellate record. *See Kelly v. State,* 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Appellant has timely filed the motion requesting access to the appellate record with this Court.

Appellant's pro se motion is granted. We hereby direct the clerk of the trial court to provide a copy of the reporter's record and clerk's record to appellant, and to provide written verification to this Court of the date and manner in which the appellate record was provided, on or before June 25, 2015. *See id.* at 321.

It is ordered on June 15, 2015.

Before Chief Justice Rose, Justices Goodwin and Field

Do Not Publish